934 A.2d 1159

**In re NOMINATION PAPERS OF Granny LASH for the Offices of Mayor and City Council of the City of Chester.**

**Petition of Barbara Starkey.**

Supreme Court of Pennsylvania.

Oct. 22, 2007.

## *ORDER*

PER CURIAM.

The Petition for Allowance of Appeal is **GRANTED** and the Commonwealth Court's Order is **REVERSED** based on *In re Benkoski and Stewart,* —— Pa. ——, 934 A.2d 1150, 785, 786 MAL 2007, 2007 WL 2938186 (2007), *reversing* 932 A.2d 1023, 1624, 1625 C.D. 2007, 2007 WL 2701229 (2007).